UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

ASHANTE ISSAC,

                       Plaintiff,     :       26-CV-841 (LAK) (RWL)

        - against -

                                :       **ORDER**

FRESH DIRECT LLC,

                 Defendant.   :

----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Defendants filed a notice of removal on January 30, 2026. Plaintiff's counsel has not appeared. Accordingly, by **February 18, 2026**, Defendants shall serve a copy of this order on Plaintiff's counsel, and by **February 25, 2026**, Plaintiff's counsel shall file an appearance.

                    SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 17, 2026
 New York, New York

Copies transmitted this date to all counsel of record.

1