

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298

Eric A. Savage
212.583.2695 direct
212.583.9600 main
973.215.2620 fax
esavage@littler.com

March 19, 2026

**VIA ECF**

Hon. Robert W. Lehrburger, U.S.M.J.
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1960
New York, New York 10007

Granted.  The conference will be rescheduled.

SO ORDERED:

3/19/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

> **Re:**    *Ashante Issac v. Fresh Direct LLC*
>          **Case No. 1:26-cv-00841-LAK-RWK**

Dear Magistrate Judge Lehrburger:

We represent Defendant Fresh Direct LLC ("Defendant") in the above matter. Pursuant to Rule I.D. of Your Honor's Individual Rules, we write to request an adjournment of the initial conference currently scheduled for March 26, 2026 at 9:30am. I will be unavailable on March 26, as advised to Chambers, for my son's wedding outside the country for which I will be leaving on March 25 and returning on March 29.  We therefore request, with consent of plaintiff, that the conference be adjourned to a later date.

This is Defendant's first request for an adjournment of the initial conference. Plaintiff's counsel has consented to Defendant's request for an adjournment. The parties have conferred and respectfully request that the conference be adjourned to a date on or prior to April 24, 2026. The parties are otherwise available in April except for April 2 (available after 11:30 a.m.), 6, 7, 15, 16, 20 and 23 (after 3:30 p.m.).  I have a trial before Hon. Loretta Preska starting April 27 and so will not be available that week.

We remain available for any questions the Court may have and appreciate the Court's consideration.

Respectfully,

Eric A. Savage

cc: All counsel of record (via ECF)