UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ASHANTE ISSAC,

                        Plaintiff,

            -against-                                    26-cv-841 (LAK)


FRESH DIRECT LLC,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### ORDER OF DISMISSAL

LEWIS A. KAPLAN, *District Judge.*

        The Court having been advised that the parties have settled, the case is dismissed with prejudice and without costs, subject to the right of either party to reinstate the action by serving and filing a notice to that effect no later than July 15, 2026, if the settlement has not been consummated by then.


        SO ORDERED.

Dated: June 15, 2026


                        _____
                              Lewis A. Kaplan
                           United States District Judge